## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: Walter Rodger Fleming<br>Toni Denise Fleming<br>Debtors. | No. 4:10-bk-14845<br>Chapter 7 |

### DEBTORS' MOTION TO DISMISS CHAPTER 7 CASE

The Debtors in the above-mentioned case, by their attorney, pursuant to 11 U.S.C. § 707, hereby move to dismiss their bankruptcy case for the following reasons:

1. A voluntary petition under chapter 7 of the Bankruptcy Code was filed by the Debtors on August 19, 2010.

2. Co-Debtor Toni Denise Flemings died on the 3rd day of November 2010, which creates major changes in circumstances.

3. Debtor Walter Rodger Fleming has realized that it is best for his petition for Chapter 7 to be dismissed.

**WHEREFORE**, the Debtor Walter Rodger Fleming pray that this bankruptcy case be dismissed without prejudice.

Date:

RESPECTFULLY SUBMITTED BY:

_____
Robert A. Croy, BRN: 0170580
Attorney for Debtors
105 S. Spring Street
Manchester, TN 27255
931 728-0101